IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

FILED

JUL 1 1 2011

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| ICEBERG INDUSTRIES, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUNDHOUND, INC. )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 2:11-cv-149 (MSD/FBS) |

## CONSENT ORDER

This action comes before the Court on the pleadings and proceedings of record and it has been represented to the Court that plaintiff, ICEBERG INDUSTRIES, LLC. ("ICEBERG"), and defendant, SOUNDHOUND, INC. ("SOUNDHOUND"), have agreed to a resolution of all claims that were brought or that could have been brought by them in this Civil Action.

**WHEREFORE**, with the consent of ICEBERG and SOUNDHOUND through their undersigned attorneys, it is hereby finally **ORDERED, ADJUDGED** and **DECREED** as follows:

1. All claims brought by ICEBERG against SOUNDHOUND are hereby **DISMISSED WITH PREJUDICE.**

2. Without waiver of any objections to jurisdiction, venue or forum convenience that may have been brought in this action, the Court shall **RETAIN JURISDICTION** over this action to enforce the terms and conditions of the parties' settlement agreement.

3. Each party shall bear its own costs and attorneys' fees.

Date:_____ **ENTER:**

_See next page_____
United States District Judge

**STIPULATED AND AGREED TO:**

Dated: 08 JULY 2011

/s/ _[signature]_____
Alan D. Albert
Virginia Bar Number: 25142
LeClair Ryan, A Professional Corporation
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Telephone: (757) 441-8914
Fax: (757) 624-3773
E-mail: Alan.albert@leclairryan.com

David J. Sheikh
Dina M. Hayes
Joseph A. Culig
Anna B. Folgers
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137
Email: sheikh@nshn.com
Email: hayes@nshn.com
Email: jculig@nshn.com
Email: afolgers@nshn.com

*Attorneys for Plaintiff,*
*Iceberg Industries, LLC*

Dated: _____

/s/ _____
Christopher C. Campbell
Virginia Bar Number: 36244
Robert D. Spendlove
Virginia Bar Number: 75468
COOLEY LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190
Telephone: (703) 456-8000
Fax: (703) 446-8100
Email: ccampbell@cooley.com
Email: rspendlove@cooley.com

*Attorneys for Defendant,*
*SoundHound, Inc.*

3. Each party shall bear its own costs and attorneys' fees.

Date: July 11, 2011   ENTER: _____/s/_____
                             Mark S. Davis
                             United States District Judge

_____
United States District Judge

**STIPULATED AND AGREED TO:**

Dated: _____           Dated: 7/7/2011

/s/ _____              /s/ Christopher C. Campbell
Alan D. Albert                          Christopher C. Campbell
Virginia Bar Number: 25142              Virginia Bar Number: 36244
LeClair Ryan, A Professional Corporation   Robert D. Spendlove
999 Waterside Drive, Suite 2525         Virginia Bar Number: 75468
Norfolk, Virginia 23510                 COOLEY LLP
Telephone: (757) 441-8914               One Freedom Square
Fax: (757) 624-3773                     Reston Town Center
E-mail: Alan.albert@leclairryan.com     11951 Freedom Drive
                                        Reston, Virginia 20190
                                        Telephone: (703) 456-8000
                                        Fax: (703) 446-8100
                                        Email: ccampbell@cooley.com
David J. Sheikh                         Email: rspendlove@cooley.com
Dina M. Hayes
Joseph A. Culig
Anna B. Folgers
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137
Email: sheikh@nshn.com
Email: hayes@nshn.com
Email: jculig@nshn.com
Email: afolgers@nshn.com

*Attorneys for Plaintiff,*                *Attorneys for Defendant,*
*Iceberg Industries, LLC*                 *SoundHound, Inc.*